United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 16, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 02-31178

(Summary Calendar)

_____

SERGE MAMERT JOLICOEUR,

Petitioner-Appellant,

versus

JOHN ASHCROFT; DORIS MEISSNER; WARREN A LEWIS; CHRISTINE A DAVIS; IMMIGRATION AND NATURALIZATION SERVICE; UNITED STATES DEPARTMENT OF JUSTICE,

Respondent-Appellees.

_____

Appeal from the United States District Court
For the Western District of Louisiana
02-CV-1133

_____

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

_____

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Serge Mamert Jolicoeur, federal prisoner # A76-141-629, a native and citizen of Haiti, has attempted to appeal (1) the district court's denial of his petition for a writ of habeas corpus and (2) the denial of his motion for a stay of deportation. Because Jolicoeur has been deported, we can no longer grant him the relief he requests. Therefo re, we must dismiss his claims as moot. *See Quezada v. I.N.S.*, 898 F.2d 474, 477 (5th Cir. 1990).

Jolicoeur's appeal is DISMISSED AS MOOT, and his motion for stay of deportation pending appeal is DENIED AS MOOT.